**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AUTO OWNERS INSURANCE COMPANY,

    Plaintiff,

v.                          Case No. 09-14858

EASY TOP (HK) ENTERPRISES LTD.,

    Defendant.
                             /

**ORDER GRANTING PLAINTIFF'S MOTION FOR LETTERS ROGATORY**

Pending before the court is Plaintiff's motion for a letter rogatory directed to the Taiwanese authorities. Plaintiff asserts that the letter is necessary to effect service on Defendant, a Taiwanese corporation. Accordingly, pursuant to Federal Rule of Civil Procedure 4, 28 U.S.C. § 1781, and the court's inherent powers,

IT IS ORDERED that Plaintiff's "Motion for Relief Requested" [Dkt. # 3] is GRANTED.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: March 18, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 18, 2010, by electronic and/or ordinary mail.

                                        s/Lisa G. Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522